UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------X
                                           :
NATURAL RESOURCES DEFENSE COUNCIL,         :
                                           :
                    Plaintiff,             :     19cv5174 (DLC)
            -v-                            :
                                           :     ORDER
U.S. ENVIRONMENTAL PROTECTION AGENCY       :
and ANDREW WHEELER, in his official        :
capacity as Administrator of the U.S.      :
Environmental Protection Agency,           :
                                           :
                    Defendants.            :
                                           :
------------------------------------------X

DENISE COTE, District Judge:

An Opinion and Order filed today granted summary judgment in favor of the NRDC. Accordingly, it is hereby

ORDERED that the parties shall confer and, by **February 21, 2020**, shall file with this Court any proposed order terminating this case or setting forth a briefing schedule on any remaining issues.

Dated:   New York, New York
         February 10, 2020

                                        _____
                                              DENISE COTE
                                        United States District Judge